UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 13-08077 |
| | ) | |
| ALI ALFOOROKH, | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor(s) | ) | |

**ORDER AUTHORIZING SECOND AND FINAL CHAPTER 7 APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES NUNC PRO TUNC JANUARY 26, 2016**

THIS MATTER COMING ON TO BE HEARD upon the Second And Final Chapter 7 Application of Alan D. Lasko & Associates, P.C. for Compensation and Reimbursement of Expenses; due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $98,406.60;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $786.17; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of Ali Alforookh is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their reasonable compensation and expenses in the amount of $99,192.77.

4. This Order shall be deemed effective nunc pro tunc January 26, 2016.

Enter:

*Donald R. Cassling*
Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: **17 JUL 2017**

**Prepared by:**
Micah R. Krohn (IL Bar # 6217264)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
mkrohn@fgllp.com

Rev: 20170105_bko