IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ALI ALFOROOKH, | ) | No. 13-08077 (DRC) |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | Hon. Donald R. Cassling |
| | ) | |
| | ) | **Hearing Date:** October 2, 2018 |
| | ) | **Hearing Time:** 9:30 a.m. |
| | ) | **Room No.:** 619 |

### CERTIFICATE OF NOTICE

I, Christina Smith, declare under the penalty of perjury that on August 30, 2018, I served the attached NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR) to the parties listed in the manner shown and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

_____
Christina Smith

SWORN AND SUBSCRIBED TO
before me this 30th day of August, 2018.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
MICHAEL H MATLOCK
Notary Public, State of Illinois
My Commission Expires 8/28/2021

{AF/001/00054759.DOCX/}

# Mailing Information for Case 13-08077

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Robert Lynch    robert.lynch2@illinois.gov
- Josephine J Miceli    Jo@johnsonblumberg.com
- Michael C. Moody    mmoody@orourkeandmoody.com, firm@orourkeandmoody.com,morourke@orourkeandmoody.com
- Robert E Richards    robert.richards@dentons.com, NDIL_ECF@dentons.com
- Neal L Wolf    nwolf@hansonbridgett.com
- Stefanie Wowchuk McDonald    stefanie.mcdonald@dentons.com, NDIL_ECF@dentons.com

## Manual Notice List – U.S. MAIL

WISCONSIN DEPT. OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON, WI 53708

CF MEDICAL LLC
C/O QUANTUM3 GROUP LLC
CF MEDICAL LLC
PO BOX 788
KIRKLAND, WA 98083-0788

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

OFFICE OF THE U.S. TRUSTEE
219 S DEARBORN ST. ROOM 873
CHICAGO, IL 60604

AMERICAN EXPRESS CENTURION BANK
C O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 64338
CHICAGO, IL 60664-0338

MID AMERICA BANK
C/O PAUL W SCHWARZENBART
LEE, KILKELLY, PAULSON &
YOUNGER, SC
PO BOX 2189
MADISON, WI 53701-2189

DADY & GARDNER, PA
JEFF S HAFF - DADY & GARDNER PA
80 S. EIGHTH ST, STE 5100
MINNEAPOLIS, MN 55402

U.S. BANK NATIONAL ASSOC
QUARLES & BRADY LLP
ATTEN: JEFFEREY M MONBERG
300 N LASALLE STREET SUITE 4000
CHICAGO IL 60654

WAGE AND HOUR ADMINISTRATOR
US DEPARTMENT OF LABOR
ATTN: EILEEN HURLEY
US DEPT OF LABOR SOLICITOR'S OFFICE
230 S. DEARBORN ST, SUITE 844
CHICAGO, IL 60604

IHOP FRANCHISING, LLC
C/O ROBERT E. RICHARDS
DENTONS US LLP
233 SOUTH WACKER DRIVE
SUITE 5900
CHICAGO, IL 60606-6361

INLAND BANK AND TRUST
WILLIAM S. HACKNEY
SMITHAMUNDSEN LLC
150 NORTH MICHIGAN AVENUE, STE 3300
CHICAGO, ILLINOIS 60601

LAWNBOYZ LANDSCAPING
ATTN: ACTIVITY COLLECTION
SERVICE
664 MILWAUKEE AVE
PROSPECT HEIGHTS, IL 60070

LAWN EXPERTS
3493 CHURCH ROAD
CEDARBURG, WI 53012

ILLINOIS BELL TELEPHONE
COMPANY
% AT&T SERVICES, INC
KAREN CAVAGNARO, PARALEGAL
ONE AT&T WAY, ROOM 3A104
BEDMINSTER, NJ 07921

WIL-KIL PEST CONTROL
W175 N5711 TECHNOLOGY DRIVE
MENOMONEE FALLS WI 53051

A-1 RESTAURANT EQUIPMENT
7373 S 6TH STREET
OAK CREEK, WI 53154-2013

TAX FIELD
C/O JAMAL ALI
3108 S. OAK PARK AVE.
BERWYN, IL 60402

MONDER MANNA
10833 LOCKWOOD AVE
OAK PARK, IL 60453

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ALI ALFOROOKH | § | Case No. 13-08077-7 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that FRANCES GECKER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 10/02/2018 in Courtroom 619 (Judge Donald R. Cassling),
EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/30/2018          By: /s/ Frances Gecker
                                        Chapter 7 Trustee

*Frances Gecker, Trustee*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: § § | |
| ALI ALFOROOKH § § | Case No. 13-08077-7 |
| Debtor § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 3,690,154.49 |
| and approved disbursements of | $ | 3,236,268.41 |
| leaving a balance on hand of[1] | $ | 453,886.08 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | ST. LOUIS MO 5324 INC. | $ 25,000.00 | $ 25,000.00 | $ 25,000.00 | $ 0.00 |
| | THE REBIC CORPORATION | $ 10,035.73 | $ 10,035.73 | $ 10,035.73 | $ 0.00 |
| 17 | MID AMERICA BANK | $ 1,358,312.27 | $ 1,358,312.27 | $ 1,265,758.57 | $ 0.00 |
| 19 | U. S. BANK NATIONAL ASSOC | $ 243,427.96 | $ 243,427.96 | $ 243,427.96 | $ 0.00 |
| 22 | INLAND BANK AND TRUST | $ 262,633.41 | $ 262,633.41 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 7 | SUNTRUST MORTGAGE F/K/A CRESTAR MORTGAGE | $ 362,244.47 | $ 362,244.47 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 0.00 |
| | Remaining Balance | | | $ | 453,886.08 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ 130,612.57 | $ 0.00 | $ 86,312.79 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 133,925.50 | $ 59,898.00 | $ 48,919.64 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 1,280.50 | $ 527.66 | $ 497.50 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 247,135.60 | $ 224,633.50 | $ 14,870.08 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 2,390.34 | $ 2,098.69 | $ 192.72 |
| Fees: UNITED STATES TRUSTEE | $ 6,500.00 | $ 0.00 | $ 6,500.00 |
| Other: AMERICAN FAMILY INSURANCE | $ 3,445.19 | $ 3,445.19 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 496.26 | $ 496.26 | $ 0.00 |
| Other: CHICAGO REAL ESTATE RESOURCES | $ 35,874.59 | $ 35,874.59 | $ 0.00 |
| Other: IHOP FRANCHISING, LLC | $ 447,019.00 | $ 0.00 | $ 295,403.85 |
| Other: INTERNATIONAL SURETIES LTD. | $ 590.51 | $ 590.51 | $ 0.00 |
| Other: SECRETARY OF STATE | $ 95.00 | $ 95.00 | $ 0.00 |
| Other: TAX FIELD | $ 1,800.00 | $ 0.00 | $ 1,189.50 |

Total to be paid for chapter 7 administrative expenses         $    453,886.08

Remaining Balance                                              $          0.00

UST Form 101-7-NFR (10/1/2010) (Page: 3)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Trustee Compensation: Frances Gecker | $ 111,402.00 | $ 111,402.00 | $ 0.00 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm): ALAN D. LASKO & ASSOCIATES P. C. | $ 36.88 | $ 36.88 | $ 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): ALAN D. LASKO & ASSOCIATES P. C. | $ 41,780.45 | $ 41,780.45 | $ 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm): FRANKGECKER LLP | $ 1,677.42 | $ 1,677.42 | $ 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm): FRANKGECKER LLP | $ 179,753.50 | $ 179,753.50 | $ 0.00 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm): GRIECO | $ 257,996.82 | $ 257,996.82 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): MUCH SHELIST | $ 71,583.13 | $ 71,583.13 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): O'ROURKE | $ 124,151.57 | $ 124,151.57 | $ 0.00 |
| Prior Chapter Attorney for Trustee/DIP Fees (Other Firm): NEAL WOLFE | $ 276,514.68 | $ 276,514.68 | $ 0.00 |
| Other Prior Chapter Professional Expenses: HIGH RIDGE PARTNERS | $ 1,877.47 | $ 1,877.47 | $ 0.00 |
| Other Prior Chapter Professional Fees: HIGH RIDGE PARTNERS | $ 115,580.50 | $ 115,580.50 | $ 0.00 |
| Prior Chapter Other State or Local Taxes: WISCONSIN DEPARTMENT OF REVENUE | $ 3,213.34 | $ 3,213.34 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: United States Treasury | $ 6,860.38 | $ 6,860.38 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 2,273.01 | $ 2,273.01 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 2,340.00 | $ 2,340.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Prior Chapter Other State or Local Taxes: ILLINOIS DEPARTMENT OF REVENUE | $ 106.05 | $ 106.05 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 5,950.14 | $ 5,950.14 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 102.79 | $ 102.79 | $ 0.00 |
| Prior Chapter Accountant for Trustee Fees (Trustee Firm): TAX FIELD | $ 1,800.00 | $ 0.00 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 2,340.00 | $ 2,340.00 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: INTERNAL REVENUE SERVICE | $ 215.38 | $ 215.38 | $ 0.00 |
| Prior Chapter Income Taxes - Internal Revenue Service: UNITED STATES TREASURY | $ 3,513.74 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses        $        0.00

Remaining Balance        $        0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 736,241.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 28 | ILLINOIS DEPARTMENT OF REVENUE | $ 8,434.90 | $ 0.00 | $ 0.00 |
| 29 | ILLINOIS DEPARTMENT OF REVENUE | $ 228.38 | $ 0.00 | $ 0.00 |
| 30 | ILLINOIS DEPARTMENT OF REVENUE | $ 1,467.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 31 | ILLINOIS DEPARTMENT OF REVENUE | $ 1,460.84 | $ 0.00 | $ 0.00 |
| 32 | ILLINOIS DEPARTMENT OF REVENUE | $ 8,664.85 | $ 0.00 | $ 0.00 |
| 33 | ILLINOIS DEPARTMENT OF REVENUE | $ 179.56 | $ 0.00 | $ 0.00 |
| 34 | ILLINOIS DEPARTMENT OF REVENUE | $ 7,634.74 | $ 0.00 | $ 0.00 |
| 35 | ILLINOIS DEPARTMENT OF REVENUE | $ 6,814.54 | $ 0.00 | $ 0.00 |
| 36 | ILLINOIS DEPARTMENT OF REVENUE | $ 10,164.15 | $ 0.00 | $ 0.00 |
| 37 | ILLINOIS DEPARTMENT OF REVENUE | $ 10,854.64 | $ 0.00 | $ 0.00 |
| 47 | WISCONSIN DEPARTMENT OF REVENUE | $ 202,149.20 | $ 0.00 | $ 0.00 |
| 4 | DEPARTMENT OF THE TREASURY | $ 201,303.62 | $ 0.00 | $ 0.00 |
| 6 | WISCONSIN DEPARTMENT OF REVENUE | $ 164,059.88 | $ 0.00 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 15,836.00 | $ 0.00 | $ 0.00 |
| 9 | ILLINOIS DEPARTMENT OF REVENUE | $ 6,260.00 | $ 0.00 | $ 0.00 |
| 10 | ILLINOIS DEPARTMENT OF REVENUE | $ 11,185.00 | $ 0.00 | $ 0.00 |
| 11 | ILLINOIS DEPARTMENT OF REVENUE | $ 12,548.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | ILLINOIS DEPARTMENT OF REVENUE | $ 6,430.00 | $ 0.00 | $ 0.00 |
| 13 | ILLINOIS DEPARTMENT OF REVENUE | $ 7,302.00 | $ 0.00 | $ 0.00 |
| 40 | MONDER MANNA | $ 4,804.16 | $ 0.00 | $ 0.00 |
| 41 | MONDER MANNA | $ 47,256.60 | $ 0.00 | $ 0.00 |
| 42 | MONDER MANNA | $ 1,202.22 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $ 0.00

Remaining Balance    $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,205,829.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 47U | WISCONSIN DEPARTMENT OF REVENUE | $ 36,597.22 | $ 0.00 | $ 0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 111.00 | $ 0.00 | $ 0.00 |
| 2 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 25.00 | $ 0.00 | $ 0.00 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 185.00 | $ 0.00 | $ 0.00 |
| 4U | DEPARTMENT OF THE TREASURY | $ 47,697.24 | $ 0.00 | $ 0.00 |
| 5 | AMERICAN EXPRESS CENTURION BANK | $ 6,025.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6U | WISCONSIN DEPARTMENT OF REVENUE | $ 23,120.87 | $ 0.00 | $ 0.00 |
| 8U | ILLINOIS DEPARTMENT OF REVENUE | $ 1,833.60 | $ 0.00 | $ 0.00 |
| 9U | ILLINOIS DEPARTMENT OF REVENUE | $ 180.20 | $ 0.00 | $ 0.00 |
| 10U | ILLINOIS DEPARTMENT OF REVENUE | $ 507.54 | $ 0.00 | $ 0.00 |
| 11U | ILLINOIS DEPARTMENT OF REVENUE | $ 289.00 | $ 0.00 | $ 0.00 |
| 12U | ILLINOIS DEPARTMENT OF REVENUE | $ 208.52 | $ 0.00 | $ 0.00 |
| 13U | ILLINOIS DEPARTMENT OF REVENUE | $ 690.52 | $ 0.00 | $ 0.00 |
| 14 | ILLINOIS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 15 | ILLINOIS DEPARTMENT OF REVENUE | $ 0.00 | $ 0.00 | $ 0.00 |
| 16 | ILLINOIS DEPARTMENT OF REVENUE | $ 189.76 | $ 0.00 | $ 0.00 |
| 18 | PA DADY & GARDNER | $ 4,740.00 | $ 0.00 | $ 0.00 |
| 19U | U. S. BANK NATIONAL ASSOC | $ 72,222.33 | $ 0.00 | $ 0.00 |
| 20 | WAGE AND HOUR ADMINISTATOR | $ 52,757.57 | $ 0.00 | $ 0.00 |
| 23 | LAWNBOYZ LANDSCAPING | $ 4,915.00 | $ 0.00 | $ 0.00 |
| 24 | LAWN EXPERTS | $ 2,520.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | WAGE AND HOUR ADMINISTATOR | $ 0.00 | $ 0.00 | $ 0.00 |
| 26 | ILLINOIS BELL TELEPHONE COMPANY | $ 163.67 | $ 0.00 | $ 0.00 |
| 27 | WIL-KIL PEST CONTROL | $ 348.25 | $ 0.00 | $ 0.00 |
| 38 | A-1 RESTAURANT EQUIPMENT | $ 3,056.14 | $ 0.00 | $ 0.00 |
| 39 | A-1 SERVICES INC | $ 4,363.96 | $ 0.00 | $ 0.00 |
| 21U | IHOP FRANCHISING, LLC | $ 943,082.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $         0.00

Remaining Balance                                          $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
                              Chapter 7 Trustee

*Frances Gecker, Trustee*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.